# EXHIBIT A

**EDWARD JONES**                             CASE NO._____DIV. NO._____

                                             19TH JUDICIAL DISTRICT COURT
**VERSUS**
                                             PARISH OF EAST BATON ROUGE

**UNITED RENTALS INC AND**                   STATE OF LOUISIANA
**KAREN PESSON AND CHASE**
**MELANCHON**

---

**PETITION FOR DAMAGES FOR WRONGFUL TERMINATION
RETAILIATION AND DISCRIMINATION**

---

**NOW INTO COURT,** through undersigned counsel, comes **EDWARD JONES,** a person of the full age of majority, a resident of the State of Louisiana, who, with respect, shows the Court as follows:

I.

That made defendants herein are:

1. **UNITED RENTALS INC., D/B/A as UNITED RENATL INC.,** is a business entity domiciled in the State of Delaware and licensed to do business in East Baton Rouge in +the State of Louisiana;

2. **MRS. KAREN PESSON,** Human Resource Manager for United Rental Inc. and a person of full majority and is domiciled in the State of Louisiana;

3. **Mr. CHAYSE MELANCHON,** District Manager at United Rental, Inc. and a person of full majority and is domiciled in the State of Louisiana; and

4. **Mr. Terry Stutes,** Service Manager at United Rentals, Inc. and a person of full majority and is domiciled in the State of Louisiana

II.

Plaintiff, Mr. Edward Jones avers that on or about March 3, 2021 he was **WRONGFULLY TERMINATED** from United Rental, Inc. after being employed as a truck driver for Three (3) years without and negative performance evaluations.

III.

Plaintiff was a hired contract employee who performed specific truck driving duties. Plaintiff started contacting the Human Resource Department to complain about certain hazardous and dangerous working conditions which led to the illegal acts of **RETAILIATION AGAINST** him and another employee by the named defendants (human resource manager, branch Manager and service manager of United Rentals, Inc.) in the form of a harassing investigation which ultimately led to his wrongful termination.

IV.

Mr. Jones was legally entitled to contact the human resource department through the branch manager or district manager to voice concerns about the inside of dirty trucks; performing jobs in **EXCESSICE HEAT** without ice being provided for him and the lack of a coffee pot to consume morning or afternoon coffee beverages.

V.

Plaintiff also avers that after he and another contract employee were trying to adhere to the safety instructions of United Rental, Inc. by informing the defendants that an employee, Mr. Brandon Jones, was UNSAFELY WELDING BY NOT WEARING A MASK OR PUTTING UP A SHEILD TO PROTECT OTHERS IN THAT AREA. Defendants' thereafter ACCUSED plaintiff of bullying or harassing the employee and sought to use this false claim as grounds to wrongfully terminate him from his job. Plaintiff had been working 40 hours a week at $26.50 and due to this wrongful termination is now seeking justice for any unpaid wages.

VI.

Lastly, plaintiff avers that he has been DISCRIMINATED against by the named defendants because they allowed a HOSTILE ENVIRONMENT to exist whereby the word "NIGGER" was seen displayed on the computers of certain white employees. Plaintiff also avers that often times certain white employees committed egregious

offenses but received NO TERMINATION or REPRIMANDS.

## VII.

The aforesaid accident sued on herein was the fault of, and approximately caused by defendants, including the following negligent acts of omission and commission, among others, which may be shown during the trial thereof:

(A) Negligence of defendants, UNITED RENTALS, INC.:

1. Defendants violated fundamental public policy rules by wrongfully terminating the plaintiff; and

2. Defendants illegally sought retaliation for plaintiff exercising his rights under Louisiana Law wherein retaliation actions are deemed in violation of Louisiana Law found under Louisiana Equal Opportunity Employment and Non-Discrimination Acts; as well as, Civil Code Article 2315, in the State of Louisiana, which are specially pleaded herein; and,

3. Defendants have violated Louisiana Law by discriminating against the plaintiff

## VIII.

Plaintiff alleges that ALL defendants, have been arbitrary and capricious in its willful failure to pay this claim subsequent to receiving proof of the amount of damages and as a result, is liable for penalties and attorney's fees, as well as

As a result of the previously mentioned injuries sustained following:

A. Past, present and future physical pain and suffering;

B. Past, present and future mental anguish and emotional distress;

C. Loss of enjoyment of life and loss of consortium;

D. Past loss earnings.

IX.

In accordance with the Louisiana Code of Civil Procedure, articles 1572 and 1913, plaintiffs request written notice of any and all assignments of this case for trial or hearing, and notice of any signing of any judgement herein.

X.

In accordance with the Louisiana Code of Civil Procedure, articles 1572 and 1913, plaintiffs request written notice of any and all assignments of this case for trial or hearing, and notice of any signing of any judgement herein.

**WHEREFORE,** Plaintiff prays that after due proceedings are had, there be a judgement rendered herein in favor of plaintiff, **EDWARD JONES.**

RESPECTFULLY SUBMITTED:

MAYNARD K. BATISTE, SR.
ATTORNEY AT LAW (bar roll# 23602)
412 North 4th Street, suite 102
BATON ROUGE, LOUISIANA  70815
(225) 571-4397
Email Maynardbatiste@bellsouth.net

**Please Serve the Following:**

1. **United Rentals Inc.**
   **Through its agent for service of process**
   **CORPORATION SERVICE COMPANY**
   **501 LOUISIANA AVE.**
   **BATON ROUGE, LA. 70802**

# RETURN COPY


D7137003

## CITATION

| | |
|---|---|
| **EDWARD JONES**<br>(Plaintiff) | NUMBER C-710165   SEC. 27 |
| | 19th JUDICIAL DISTRICT COURT |
| VS | PARISH OF EAST BATON ROUGE |
| **UNITED RENTALS INC, ET AL**<br>(Defendant) | STATE OF LOUISIANA |

TO:   UNITED RENTALS INC
      THROUGH ITS REGISTERED AGENT
      CORPORATION SERVICE COMPANY
      501 LOUISIANA AVENUE
      BATON ROUGE, LA 70802

GREETINGS:

   Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
   You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
   This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 30, 2021**.



*Jarlisha Mitchell*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BATISTE, MAYNARD K**
                       **(225) 571-4397**

*The following documents are attached:
**PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ party or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

I made service on the named party through the CORPORATION SERVICE COMPANY
AUG 03 2021
by tendering a copy of this document to:
D Y. E. CUMMINS #1165
Deputy Sheriff, Parish of East Baton Rouge, LA

SERVICE:$_____
MILEAGE$_____         Deputy Sheriff
TOTAL:  $_____      Parish of East Baton Rouge

                        CITATION-2000

RECEIVED DATE
AUG 02 2021
E.B.R. Sheriff Office